IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:14-cr-221** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH GALLARDO** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 1st day of February, 2017, **IT IS HEREBY ORDERED** that the motion for change of venue/recusal of the presiding judge is **DENIED**.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge